**Fill in this information to identify your case:**

United States Bankruptcy Court for the

NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

Chapter you are filing under

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy
12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** | | |
| Write the name that is on your government-issued picture identification (for example, your driver's license or passport) | Orlando<br>First name<br><br>Middle name | Cassandra<br>First name<br><br>Middle name |
| Bring your picture identification to your meeting with the trustee. | Adams, Sr.<br>Last name and Suffix (Sr., Jr , II, III) | Adams<br>Last name and Suffix (Sr , Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6596 | xxx-xx-6326 |

Debtor 1   Orlando Adams, Sr.

Debtor 2   Cassandra Adams

Case number *(if known)* _____

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | Any business names and **Employer Identification Numbers (EIN)** you have used in the last 8 years | ■ I have not used any business name or EINs. | ■ I have not used any business name or EINs. |
| | Include trade names and *doing business as* names | Business name(s) | Business name(s) |
| | | EINs | EINs |

| | | | | |
|---|---|---|---|---|
| **5.** | Where you live | | | If Debtor 2 lives at a different address: |
| | | 7013 Seward | | |
| | | Niles, IL 60714 | | |
| | | Number, Street, City, State & ZIP Code | | Number, Street, City, State & ZIP Code |
| | | Cook | | |
| | | County | | County |
| | | If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address. | | If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address |
| | | Number, P O Box, Street, City, State & ZIP Code | | Number, P.O Box, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | Why you are choosing *this district* to file for bankruptcy | *Check one:* | *Check one:* |
| | | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| | | ☐ I have another reason. Explain (See 28 U S C. § 1408 ) | ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   Orlando Adams, Sr.

Debtor 2   Cassandra Adams

Case number (if known) _____

---

**Part 2: Tell the Court About Your Bankruptcy Case**

| 7. | The chapter of the Bankruptcy Code you are choosing to file under | Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*) Also, go to the top of page 1 and check the appropriate box |
|---|---|---|

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

8. How you will pay the fee

■ **I will pay the entire fee when I file my petition** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A)

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments) If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

9. Have you filed for bankruptcy within the last 8 years?

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?

■ No

☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

11. Do you rent your residence?

■ No   Go to line 12

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No  Go to line 12

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Orlando Adams, Sr.
Debtor 2    Cassandra Adams                                    Case number (if known) _____

---

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No    Go to Part 4.

☐ Yes    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U S C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U S C  § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor?**

For a definition of small business debtor, see 11 U.S C  § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C  1116(1)(B).

■ No    I am not filing under Chapter 11

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

■ No

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

Debtor 1    Orlando Adams, Sr.
Debtor 2    Cassandra Adams

Case number (if known)

**Part 3:** Explain Your Efforts to Receive a Briefing About Credit Counseling

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one.*<br><br>☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   Orlando Adams, Sr.
Debtor 2   Cassandra Adams

Case number *(if known)*

---

**Part 6:   Answer These Questions for Reporting Purposes**

| | | |
|---|---|---|
| 16. | What kind of debts do you have? | 16a. | Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

_____

---

17. **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No

☐ Yes

---

18. **How many Creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

19. **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

20. **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**Part 7:   Sign Below**

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| _signature_ | _signature_ |
| Orlando Adams, Sr. | Cassandra Adams |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on __August 6, 2016__ | Executed on __August 6, 2016__ |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1   Orlando Adams, Sr.

Debtor 2   Cassandra Adams

Case number (if known)

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | Date | August 6, 2016 |
|---|---|---|
| Signature of Attorney for Debtor | | MM / DD / YYYY |

Howard Peritz

Printed name

The Law Offices of Howard Peritz

Firm name

1121 Lake Cook Road
Suite P
Deerfield, IL 60015

Number, Street, City, State & ZIP Code

Contact phone   8475625880

Email address   howard@howardperitzlaw.com

06187056

Bar number & State

---

Fill in this information to identify your case:

| Debtor 1 | Orlando Adams, Sr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Cassandra Adams | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1 | Schedule A/B: Property (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B. .. | $ 210,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B | $ 34,200.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B . | $ 244,200.00 |

### Part 2:  Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2. | Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* .. | $ 194,018.06 |
| 3. | Schedule E/F. Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*... | $ 10,000.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*... | $ 527,261.60 |
| | Your total liabilities | $ 731,279.66 |

### Part 3:  Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | Schedule I. Your Income (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I* .. | $ 4,705.75 |
| 5. | Schedule J: Your Expenses (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J* . | $ 4,669.99 |

### Part 4:  Answer These Questions for Administrative and Statistical Records

6  Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐ No  You have nothing to report on this part of the form  Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  What kind of debt do you have?

☑ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U S C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U S C. § 159

☐ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor 1    **Orlando Adams, Sr.**
Debtor 2    **Cassandra Adams**

Case number *(if known)* _____

8.  From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.    $    **7,872.00**

9   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $    0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $    10,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $    0.00 |
| 9d  Student loans. (Copy line 6f.) | $    465,381.76 |
| 9e  Obligations arising out of a separation agreement or divorce that you did not report as priority claims  (Copy line 6g ) | $    0.00 |
| 9f  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h ) | +$    0.00 |
| 9g  Total. Add lines 9a through 9f | $    475,381.76 |

Software Copyright (c) 1996-2016 Best Case. LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Orlando Adams, Sr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Cassandra Adams | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No  Go to Part 2.

☑ Yes.  Where is the property?

1.1

**7013 W. Seward Street**
Street address, if available, or other description

**Niles**  City
**IL**  State
**60714-3020**  ZIP Code

**Cook**  County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**  $210,000.00
**Current value of the portion you own?**  $210,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee Simple**

☐ Check if this is community property (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here............................................=>

$210,000.00

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    Orlando Adams, Sr.
Debtor 2    Cassandra Adams

Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No

☑ Yes

| | | | |
|---|---|---|---|
| 3.1 | Make: **KIA** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Model: **Sedona** | ☐ Debtor 1 only | |
| | Year: **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | **$11,000.00**    **$11,000.00** |

| | | | |
|---|---|---|---|
| 3.2 | Make: **Chevrolet** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property* |
| | Model: **Impala** | ☐ Debtor 1 only | |
| | Year: **2005** | ☐ Debtor 2 only | |
| | Approximate mileage: _____ | ☑ Debtor 1 and Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| | Other information: | ☐ At least one of the debtors and another | |
| | | ☐ Check if this is community property (see instructions) | **$1,200.00**    **$1,200.00** |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No

☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................................=>

**$12,200.00**

**Part 3:** Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

☑ Yes. Describe. .

Normal Household furnishings

**$200.00**

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

☑ Yes. Describe ..

Used computer

**$200.00**

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles

☑ No

| Debtor 1 | Orlando Adams, Sr. | | | |
|---|---|---|---|---|
| Debtor 2 | Cassandra Adams | | Case number *(if known)* | |

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
   *Examples.* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis, canoes and kayaks; carpentry tools,
        musical instruments
   ☑ No
   ☐ Yes  Describe.....

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ☑ No
   ☐ Yes  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ☑ Yes  Describe.....

| Normal Wearing Apparel | $500.00 |
|---|---|

**12 Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☑ No
   ☐ Yes. Describe. .

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ☑ No
   ☐ Yes. Describe

**14  Any other personal and household items you did not already list, including any health aids you did not list**
   ☑ No
   ☐ Yes  Give specific information ....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
for Part 3. Write that number here ..............................................................................**  $900.00

**Part 4:** **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☑ Yes  ...... . .....     .......     .     .......     ... ...     .. .     .... . ..

| | Cash | $100.00 |
|---|---|---|

**17  Deposits of money**
   *Examples.* Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and other similar
        institutions. If you have multiple accounts with the same institution, list each
   ☐ No
   ☑ Yes  ......   . . ...

Institution name.

| 17 1 | Bank of America | $1,000.00 |
|---|---|---|

| Debtor 1 | Orlando Adams, Sr. | | |
|---|---|---|---|
| Debtor 2 | Cassandra Adams | | Case number *(if known)* |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples.* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes. .  ...........         Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes. Give specific information about them ..
                        Name of entity                                    % of ownership.

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes  Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
    *Examples.* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes  List each account separately
                        Type of account.              Institution name·

| | 401(k) | **Fidelity** | **$20,000.00** |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples·* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☑ No
    ☐ Yes       . .                     Institution name or individual.

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes  .........       Issuer name and description

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S C  §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes.. ..          Institution name and description  Separately file the records of any interests 11 U.S.C. § 521(c).

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☑ No
    ☐ Yes  Give specific information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples.* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes  Give specific information about them..

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes  Give specific information about them..

**Money or property owed to you?**

                                                                    Current value of the
                                                                    portion you own?
                                                                    Do not deduct secured
                                                                    claims or exemptions.

Debtor 1   **Orlando Adams, Sr.**

Debtor 2   **Cassandra Adams**

Case number *(if known)* _____

---

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years ......

---

**29 Family support**
*Examples: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement*

■ No

☐ Yes  Give specific information  .

**30 Other amounts someone owes you**
*Examples. Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else*

■ No

☐ Yes   Give specific information

**31 Interests in insurance policies**
*Examples. Health, disability, or life insurance, health savings account (HSA), credit, homeowner's, or renter's insurance*

■ No

☐ Yes  Name the insurance company of each policy and list its value.

| Company name | Beneficiary | Surrender or refund value: |
|---|---|---|
| | | |

**32 Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples: Accidents, employment disputes, insurance claims, or rights to sue*

■ No

☐ Yes  Describe each claim.  .   ..

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes  Describe each claim.....

**35 Any financial assets you did not already list**

■ No

☐ Yes. Give specific information

**36**  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here....................................................................................................................... 

| $21,100.00 |
|---|

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.

**37** Do you own or have any legal or equitable interest in any business-related property?

■ No. Go to Part 6

☐ Yes. Go to line 38

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.
If you own or have an interest in farmland, list it in Part 1

**46.** Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?

■ No. Go to Part 7

☐ Yes  Go to line 47

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

Software Copyright (c) 1996-2016 Best Case, LLC   www.bestcase.com   Best Case Bankruptcy

Debtor 1    **Orlando Adams, Sr.**

Debtor 2    **Cassandra Adams**

Case number *(if known)*

53   **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................

| | |
|---|---|
| | $0.00 |

**Part 8:**   List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ................................................................................................... | | $210,000.00 |
| 56 | **Part 2: Total vehicles, line 5** | $12,200.00 | |
| 57 | **Part 3: Total personal and household items, line 15** | $900.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $21,100.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61 | **Part 7: Total other property not listed, line 54**    + | $0.00 | |
| 62. | **Total personal property. Add lines 56 through 61** . | $34,200.00 | Copy personal property total    $34,200.00 |
| 63. | **Total of all property on Schedule A/B** Add line 55 + line 62 | | $244,200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify your case:**

| Debtor 1 | Orlando Adams, Sr. | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Cassandra Adams | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the.   NORTHERN DISTRICT OF ILLINOIS

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible If two married people are filing together, both are equally responsible for supplying correct information Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary On the top of any additional pages, write your name and case number (if known)

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:   Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you*

   ☑ You are claiming state and federal nonbankruptcy exemptions   11 U S C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S C  § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B.* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **7013 W. Seward Street Niles, IL 60714-3020  Cook County**<br>Line from Schedule A/B 1.1 | $210,000.00 | ☑ | $30,000.00 | 735 ILCS 5/12-901 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2005 Chevrolet Impala**<br>Line from Schedule A/B: 3.2 | $1,200.00 | ☑ | $1,200.00 | 735 ILCS 5/12-1001(c) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Normal Household furnishings**<br>Line from Schedule A/B 6.1 | $200.00 | ☑ | $200.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Used computer**<br>Line from Schedule A/B 7.1 | $200.00 | ☑ | $200.00 | 735 ILCS 5/12-1001(b) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Normal Wearing Apparel**<br>Line from Schedule A/B: 11.1 | $500.00 | ☑ | $500.00 | 735 ILCS 5/12-1001(a) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2016 Best Case, LLC · www.bestcase.com                Best Case Bankruptcy

Debtor 1  **Orlando Adams, Sr.**
Debtor 2  **Cassandra Adams**

Case number (if known) _____

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from Schedule A/B | Check only one box for each exemption. | |
| **Cash**<br>Line from Schedule A/B: 16.1 | $100.00 | ☑ $100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **Bank of America**<br>Line from Schedule A/B: 17.1 | $1,000.00 | ☑ $1,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1001(b) |
| **401(k): Fidelity**<br>Line from Schedule A/B: 21.1 | $20,000.00 | ☑ $20,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | 735 ILCS 5/12-1006 |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☐ No

☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Orlando Adams, Sr. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | Cassandra Adams |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No  Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes  Fill in all of the information below.

**Part 1:  List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion if any |
|---|---|---|---|---|
| **2.1  Bank of America Home Loans**<br>Creditor's Name | Describe the property that secures the claim: | $179,000.00 | $210,000.00 | $0.00 |

7013 W. Seward Street Niles, IL 60714-3020  Cook County

P.O. Box 650070
Dallas, TX 75265-0070
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **prior to 1/1/10**     Last 4 digits of account number  **4199**

| | | | | |
|---|---|---|---|---|
| **2.2  KIA Motors Finance**<br>Creditor's Name | Describe the property that secures the claim: | $15,018.06 | $11,000.00 | $4,018.06 |

2012 KIA Sedona

P.O. Box 650805
Dallas, TX 75266
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Debtor 1    **Orlando Adams, Sr.**

    First Name      Middle Name               Last Name

Debtor 2    **Cassandra Adams**

    First Name      Middle Name               Last Name

Case number (if know)

Date debt was incurred    **10/27/2011**    Last 4 digits of account number    **8379**

Add the dollar value of your entries in Column A on this page. Write that number here:    **$194,018.06**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    **$194,018.06**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Orlando Adams, Sr.** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Cassandra Adams** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No  Go to Part 2

   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** **Internal Revenue Serice Center** | Last 4 digits of account number ___ ___ ___ ___ | $10,000.00 | $10,000.00 | $0.00 |
| Priority Creditor's Name | When was the debt incurred?   12/31/2015 | | | |
| **Fresno, CA 93888** | | | | |
| Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | | | |
| **Who incurred the debt? Check one** | ☐ Contingent | | | |
| ☐ Debtor 1 only | ☐ Unliquidated | | | |
| ☐ Debtor 2 only | ☐ Disputed | | | |
| ☑ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| ☐ Check if this claim is for a community debt | ☑ Taxes and certain other debts you owe the government | | | |
| **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| ☑ No | ☐ Other  Specify | | | |
| ☐ Yes | **Federal Income Taxes Due** | | | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No  You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  Orlando Adams, Sr.

Debtor 2  Cassandra Adams

Case number (if know) _____

---

**4.1** | **Amazon.com** | Last 4 digits of account number __3126__ | **$516.00**

Nonpriority Creditor's Name

P.O. Box 960013

Orlando, FL 32896-0013

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  __prior to 1/1/16__

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  __consumer purchases__

---

**4.2** | **Bank of America** | Last 4 digits of account number __2607__ | **$5,784.88**

Nonpriority Creditor's Name

P.O. Box 851001

Dallas, TX 75285-1001

Number Street City State Zip Code

Who incurred the debt? Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  __prior to 5/1/16__

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  __consumer purchases__

---

**4.3** | **Bank of America** | Last 4 digits of account number __9743__ | **$4,896.14**

Nonpriority Creditor's Name

P.O. Box 851001

Dallas, TX 75285-1001

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  __prior to 1/1/16__

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  __consumer purchases__

---

Debtor 1   Orlando Adams, Sr.

Debtor 2   Cassandra Adams

Case number (if know)

---

| 4.4 | **Bank of America** | | | $4,896.14 |
|---|---|---|---|---|

Nonpriority Creditor's Name

P.O. Box 851001

Dallas, 55 75285-1001

Number Street City State Zip Code

**Who incurred the debt?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   0037

When was the debt incurred?   **Prior to 7/1/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other Specify   consumer purchases

---

| 4.5 | **Cach, LLC** | | | $4,191.66 |
|---|---|---|---|---|

Nonpriority Creditor's Name

c/o Mandarich Law Group, LLP

1 N. Dearborn Street, Suite 650

Chicago, IL 60602

Number Street City State Zip Code

**Who incurred the debt?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   2557

When was the debt incurred?   **prior to 1/1/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other Specify   consumer purchases

---

| 4.6 | **Capital One** | | | $2,848.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

P.O Box 71087

Charlotte, NC 28272-1087

Number Street City State Zip Code

**Who incurred the debt?** Check one

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   7049

When was the debt incurred?   **prior to 1/1/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other Specify   consumer purchases

---

Debtor 1  **Orlando Adams, Sr.**

Debtor 2  **Cassandra Adams**

Case number (if know) _____

---

| 47 | **Capital One** | Last 4 digits of account number  **3922** | **$3,344.41** |

Nonpriority Creditor's Name

**P.O. box 6492**

**Carol Stream, IL 60197**

Number Street City State Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  **prior to 1/1/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other Specify  **consumer purchases**

---

| 48 | **Chase Slate** | Last 4 digits of account number  **2178** | **$1,266.67** |

Nonpriority Creditor's Name

**P.O Box 1423**

**Charlotte, NC 28201-1423**

Number Street City State Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  **prior to 1/1/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **consumer purchases**

---

| 49 | **Citi Diamond Preferred** | Last 4 digits of account number  **3298** | **$3,224.00** |

Nonpriority Creditor's Name

**P.O. Box 78045**

**Phoenix, AZ 85062**

Number Street City State Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

When was the debt incurred?  **prior to 3/1/16**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other  Specify  **consumer purchases**

---

Debtor 1　Orlando Adams, Sr.
Debtor 2　Cassandra Adams
　　　　　　　　　　　　　　　　　　　　　　Case number (if know) _____

---

| 4 1 0 | **Discover Card** | Last 4 digits of account number　3191 _____ | $1,909.00 |

Nonpriority Creditor's Name
P.O. Box 6103
Carol Stream, IL 60197-6103
Number Street City State Zip Code

When was the debt incurred?　prior to 3/3/16 _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other Specify　consumer purchases

---

| 4 1 1 | **Navient** | Last 4 digits of account number　0213 _____ | $465,381.76 |

Nonpriority Creditor's Name
P.O. Box 9533
Wilkes Barre, PA 18773-9533
Number Street City State Zip Code

When was the debt incurred?　prior to 1/1/2012 _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other Specify _____
　　　　　　　　　School loans

---

| 4 1 2 | **Paypa Credit Services/Synchrony Ban** | Last 4 digits of account number　3135 _____ | $5,561.00 |

Nonpriority Creditor's Name
PO. Box 860060
Orlando, FL 32896
Number Street City State Zip Code

When was the debt incurred?　prior to 3/1/2016 _____

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other Specify　consumer purchases

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor 1  **Orlando Adams, Sr.**

Debtor 2  **Cassandra Adams**

Case number (if know) _____

| 4 1 3 | **Paypal Credit** | Last 4 digits of account number | 2949 | $3,418.00 |

Nonpriority Creditor's Name

P.O. Box 105658

Atlanta, GA 30348

Number Street City State Zip Code

**When was the debt incurred?**    prior to 3/1/16

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other Specify   consumer purchases

---

| 4 1 4 | **Prosper** | Last 4 digits of account number | 2860 | $18,575.97 |

Nonpriority Creditor's Name

221 Main Street

Suite 300-

San Francisco, CA 94105

Number Street City State Zip Code

**When was the debt incurred?**    5/5/2015

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other Specify   Debt consolidation loan

---

| 4 1 5 | **Target Card** | Last 4 digits of account number | 7099 | $1,447.97 |

Nonpriority Creditor's Name

P.O. Box 660170

Dallas, TX 75266

Number Street City State Zip Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other Specify   consumer purchases

---

**Part 3:** **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.** For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1 **Orlando Adams, Sr.**

Debtor 2 **Cassandra Adams**

Case number (if know) _____

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a | Domestic support obligations | 6a. $ | 0.00 |
|  | 6b | Taxes and certain other debts you owe the government | 6b. $ | 10,000.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
|  | 6d | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
|  | 6e. | Total Priority. Add lines 6a through 6d | 6e $ | 10,000.00 |
|  |  |  |  | Total Claim |
| **Total claims from Part 2** | 6f | Student loans | 6f $ | 465,381.76 |
|  | 6g | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ | 0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h $ | 0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ | 61,879.84 |
|  | 6j. | Total Nonpriority. Add lines 6f through 6i | 6j. $ | 527,261.60 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Orlando Adams, Sr.** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | **Cassandra Adams** |
| (Spouse if filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |

**2.1**
Name
Number   Street
City   State   ZIP Code

**2.2**
Name
Number   Street
City   State   ZIP Code

**2 3**
Name
Number   Street
City   State   ZIP Code

**2.4**
Name
Number   Street
City   State   ZIP Code

**2.5**
Name
Number   Street
City   State   ZIP Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Orlando Adams, Sr. |
| | First Name      Middle Name      Last Name |
| Debtor 2 | Cassandra Adams |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin )

☑ No  Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| Name, Number, Street, City State and ZIP Code | Check all schedules that apply: |

**3.1** 

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number   Street
City        State        ZIP Code

**3.2**

Name _____

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Number   Street
City        State        ZIP Code

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | Orlando Adams, Sr. |
| Debtor 2 (Spouse, if filing) | Cassandra Adams |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| Occupation | | | |
| Employer's name | | Illinois Bell Telephone | Deerfield Medical Associates |
| Employer's address | | 225 W. Randolph Street Chicago, IL 60606 | 720 Osterman Avenue Suite 103 Deerfield, IL 60015 |
| How long employed there? | | | |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be | 2. | $ 4,034.88 | $ 2,600.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 1,238.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3 | 4. | $ 5,272.88 | $ 2,600.00 |

Debtor 1  **Orlando Adams, Sr.**

Debtor 2  **Cassandra Adams**

Case number (if known) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 5,272.88 | $ 2,600.00 |

5  List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 691.08 | $ 383.07 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 262.82 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 350.44 | $ 0.00 |
| 5d | Required repayments of retirement fund loans | 5d | $ 430.09 | $ 0.00 |
| 5e | Insurance | 5e. | $ 258.74 | $ 0.00 |
| 5f | Domestic support obligations | 5f | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g | $ 62.11 | $ 0.00 |
| 5h | Other deductions. Specify  **VOL Beneifts** | 5h.+ | $ 91.58  + | $ 0.00 |
| | **Fixed DOP** | | $ 637.20 | $ 0.00 |

| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 2,784.06 | $ 383.07 |
|---|---|---|---|---|
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7 | $ 2,488.82 | $ 2,216.93 |

8.  List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income | 8a | $ 0.00 | $ 0.00 |
| 8b | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify. _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g | Pension or retirement income | 8g | $ 0.00 | $ 0.00 |
| 8h | Other monthly income. Specify _____ | 8h.+ | $ 0.00  + | $ 0.00 |

| 9 | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 0.00 | $ 0.00 |
|---|---|---|---|---|

| 10. | Calculate monthly income. Add line 7 + line 9<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10 | $ 2,488.82  + | $ 2,216.93  = | $ 4,705.75 |
|---|---|---|---|---|---|

11.  State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*
Specify _____                                              11  +$            0.00

12.  Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                                          12  |  $       4,705.75

**Combined monthly income**

13.  Do you expect an increase or decrease within the year after you file this form?

☒  No.

☐  Yes. Explain [_____]

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Orlando Adams, Sr. |
| Debtor 2 (Spouse, if filing) | Cassandra Adams |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

   ☑ No
   ☐ Yes  Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ☑ Yes. Fill out this information for each dependent.

   Do not state the dependents names

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No  ☑ Yes |
| Daughter | 13 | ☐ No  ☑ Yes |
| Son | 14 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4  $ | 1,748.99 |
| If not included in line 4: | | |
| 4a  Real estate taxes | 4a.  $ | 0.00 |
| 4b  Property, homeowner's, or renter's insurance | 4b.  $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c.  $ | 0.00 |
| 4d. Homeowner's association or condominium dues | 4d  $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5  $ | 0.00 |

Debtor 1   **Orlando Adams, Sr.**

Debtor 2   **Cassandra Adams**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a | Electricity, heat, natural gas | 6a $ | 600.00 |
| | 6b | Water, sewer, garbage collection | 6b. $ | 70.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 410.00 |
| | 6d. | Other. Specify: _____ | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7 $ | 600.00 |
| 8 | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9 | **Clothing, laundry, and dry cleaning** | | 9. $ | 100.00 |
| 10 | **Personal care products and services** | | 10 $ | 100.00 |
| 11 | **Medical and dental expenses** | | 11. $ | 60.00 |
| 12 | **Transportation. Include gas, maintenance, bus or train fare** Do not include car payments. | | 12. $ | 120.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13 $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14 $ | 0.00 |
| 15 | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 98.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 124.00 |
| | 15d | Other insurance  Specify _____ | 15d $ | 0.00 |
| 16. | **Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.** Specify: _____ | | 16 $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 539.00 |
| | 17b. | Car payments for Vehicle 2 | 17b $ | 0.00 |
| | 17c. | Other  Specify _____ | 17c. $ | 0.00 |
| | 17d. | Other. Specify _____ | 17d. $ | 0.00 |
| 18 | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18 $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | | 19 $ | 0.00 |
| 20 | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d | Maintenance, repair, and upkeep expenses | 20d $ | 0.00 |
| | 20e | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21 | **Other: Specify.** _____ | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 4,669.99 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 4,669.99 |

| | | | |
|---|---|---|---|
| 23. | **Calculate your monthly net income.** | | |
| | 23a  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a $ | 4,705.75 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b -$ | 4,669.99 |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 35.76 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No

☐ Yes.    | Explain here: _____

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | Orlando Adams, Sr. | |
| | First Name   Middle Name   Last Name | |
| Debtor 2 | Cassandra Adams | |
| (Spouse if, filing) | First Name   Middle Name   Last Name | |
| United States Bankruptcy Court for the | NORTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | | ☐ Check if this is an amended filing |

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| Sign Below |
|---|

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes  Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____
   Orlando Adams, Sr.            Cassandra Adams
   Signature of Debtor 1         Signature of Debtor 2

   Date  August 6, 2016          Date  August 6, 2016

Official Form 106Dec                Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy