**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-27922 |
| | § | |
| ORLANDO ADAMS | § | |
| CASSANDRA ADAMS | § | |
| | § | |
| Debtor(s)       | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $11,000.00 | | Assets Exempt: | $53,200.00 |
| Total Distributions to Claimants: | $24,855.11 | | Claims Discharged Without Payment: | $57,571.38 |
| Total Expenses of Administration: | $5,144.89 | | | |

3)    Total gross receipts of $30,000.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $30,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $194,018.06 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $5,144.89 | $5,144.89 | $5,144.89 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $10,000.00 | $10,582.88 | $10,582.88 | $10,582.88 |
| General Unsecured Claims (from **Exhibit 7**) | $527,261.60 | $48,922.78 | $48,922.78 | $14,272.23 |
| **Total Disbursements** | $731,279.66 | $64,650.55 | $64,650.55 | $30,000.00 |

4). This case was originally filed under chapter 7 on 08/31/2016. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/06/2018                    By:    /s/ David P. Leibowitz
                                                      Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 7013 W. Seward Street, Niles IL 60714-3020 | 1110-000 | $30,000.00 |
| **TOTAL GROSS RECEIPTS** | | $30,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE


**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Home Loans | 4110-000 | $179,000.00 | $0.00 | $0.00 | $0.00 |
| | Kia Motors Finance | 4110-000 | $15,018.06 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $194,018.06 | $0.00 | $0.00 | $0.00 |


**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,750.00 | $3,750.00 | $3,750.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $36.66 | $36.66 | $36.66 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,335.00 | $1,335.00 | $1,335.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $23.23 | $23.23 | $23.23 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,144.89 | $5,144.89 | $5,144.89 |


**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dept of the Treasury - | 5800-000 | $10,000.00 | $10,582.88 | $10,582.88 | $10,582.88 |

UST Form 101-7-TDR (10/1/2010)

| | Internal Revenue Serice | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $10,000.00 | $10,582.88 | $10,582.88 | $10,582.88 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TD Bank, USA | 7100-900 | $1,447.97 | $1,527.28 | $1,527.28 | $470.15 |
| 2 | Discover Bank | 7100-900 | $1,909.00 | $1,974.75 | $1,974.75 | $607.89 |
| 3a | Internal Revenue Serice Center | 7300-000 | $0.00 | $2,559.02 | $2,559.02 | $0.00 |
| 4 | Comenity Capital Bank | 7100-900 | $3,418.00 | $3,575.26 | $3,575.26 | $1,100.58 |
| 5 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $297.63 | $297.63 | $91.62 |
| 6 | Capital One, N.A. by American InfoSource LP as agent | 7100-900 | $2,848.00 | $3,056.03 | $3,056.03 | $940.74 |
| 7 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $1,141.50 | $1,141.50 | $351.39 |
| 8 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $296.72 | $296.72 | $91.34 |
| 9 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $1,853.05 | $1,853.05 | $570.43 |
| 10 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $3,344.41 | $3,362.52 | $3,362.52 | $1,035.09 |
| 11 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | 7100-900 | $0.00 | $1,437.21 | $1,437.21 | $442.42 |
| 12 | Prosper Marketplace Inc. | 7100-000 | $18,575.97 | $19,596.64 | $19,596.64 | $6,032.46 |
| 13 | CACH, LLC its successors and | 7100-900 | $4,191.66 | $3,066.42 | $3,066.42 | $943.94 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | assigns as assignee | | | | | |
| 14 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $3,224.00 | $3,248.21 | $3,248.21 | $999.90 |
| 15 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $1,930.54 | $1,930.54 | $594.28 |
| | Amazon.com | 7100-000 | $516.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $5,784.88 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $4,896.14 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $4,896.14 | $0.00 | $0.00 | $0.00 |
| | Chase Slate | 7100-000 | $1,266.67 | $0.00 | $0.00 | $0.00 |
| | NAVIENT | 7100-000 | $465,381.76 | $0.00 | $0.00 | $0.00 |
| | Paypal Credit Services/Synchrony Bank | 7100-000 | $5,561.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $527,261.60 | $48,922.78 | $48,922.78 | $14,272.23 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1                    Exhibit 8

| | |
|---|---|
| **Case No.:** 16-27922 | **Trustee Name:** David Leibowitz |
| **Case Name:** ADAMS, ORLANDO  AND ADAMS, CASSANDRA | **Date Filed (f) or Converted (c):** 08/31/2016 (f) |
| **For the Period Ending:** 3/6/2018 | **§341(a) Meeting Date:** 09/22/2016 |
| | **Claims Bar Date:** 09/13/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1   7013 W. Seward Street, Niles IL 60714-3020 | $210,000.00 | $66,000.00 | | $30,000.00 | FA |
| **Asset Notes:**   Per N. Freeborn/Redfin: house is worth $275k | | | | | |
|              Sold estate interest in property to Debtors for $30k | | | | | |
| 2   KIA Sedona 2012 | $11,000.00 | $0.00 | | $0.00 | FA |
| 3   Chevrolet Impala 2005 | $1,200.00 | $0.00 | | $0.00 | FA |
| 4   Normal Household Furnishings | $200.00 | $0.00 | | $0.00 | FA |
| 5   Used Computer | $200.00 | $0.00 | | $0.00 | FA |
| 6   Normal Wearing Apparel | $500.00 | $0.00 | | $0.00 | FA |
| 7   Cash | $100.00 | $0.00 | | $0.00 | FA |
| 8   Bank of America | $1,000.00 | $0.00 | | $0.00 | FA |
| 9   401(k) Fidelity | $20,000.00 | $0.00 | | $0.00 | FA |
| 10   Illinois Unclaimed Funds (claim #6554159)                    **(u)** | $0.00 | $122.60 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                 **Gross Value of Remaining Assets**

| | $244,200.00 | $66,122.60 | | $30,000.00 | $0.00 |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   05/28/2018          **Current Projected Date Of Final Report (TFR):**          /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1     Exhibit 9

| | | |
|---|---|---|
| **Case No.** | 16-27922 | |
| **Case Name:** | ADAMS, ORLANDO  AND ADAMS, CASSANDRA | |
| **Primary Taxpayer ID #:** | **-***6782 | |
| **Co-Debtor Taxpayer ID #:** | **-***6783 | |
| **For Period Beginning:** | 8/31/2016 | |
| **For Period Ending:** | 3/6/2018 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/03/2017 | (1) | ADAMS, ORLANDO AND ADAMS, CASSANDRA | Payment for Estate's Interest in Debtors' Real Property | 1110-000 | $30,000.00 | | $30,000.00 |
| 01/30/2018 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,750.00 | $26,250.00 |
| 01/30/2018 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $36.66 | $26,213.34 |
| 01/30/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $23.23; Distribution Dividend: 100.00%; | 3120-000 | | $23.23 | $26,190.11 |
| 01/30/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $1,335.00; Distribution Dividend: 100.00%; | 3110-000 | | $1,335.00 | $24,855.11 |
| 01/30/2018 | 3005 | TD Bank, USA by American InfoSource LP as agent | Claim #: 1; Amount Claimed: $1,527.28; Distribution Dividend: 30.78%; | 7100-900 | | $470.15 | $24,384.96 |
| 01/30/2018 | 3006 | Discover Bank | Claim #: 2; Amount Claimed: $1,974.75; Distribution Dividend: 30.78%; | 7100-900 | | $607.89 | $23,777.07 |
| 01/30/2018 | 3007 | Dept of the Treasury - Internal Revenue Service | Claim #: 3; Amount Claimed: $10,582.88; Distribution Dividend: 100.00%; | 5800-000 | | $10,582.88 | $13,194.19 |
| 01/30/2018 | 3008 | Comenity Capital Bank | Claim #: 4; Amount Claimed: $3,575.26; Distribution Dividend: 30.78%; | 7100-900 | | $1,100.58 | $12,093.61 |
| 01/30/2018 | 3009 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 5; Amount Claimed: $297.63; Distribution Dividend: 30.78%; | 7100-900 | | $91.62 | $12,001.99 |
| 01/30/2018 | 3010 | Capital One, N.A. by American InfoSource LP as agent | Claim #: 6; Amount Claimed: $3,056.03; Distribution Dividend: 30.78%; | 7100-900 | | $940.74 | $11,061.25 |
| 01/30/2018 | 3011 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 7; Amount Claimed: $1,141.50; Distribution Dividend: 30.78%; | 7100-900 | | $351.39 | $10,709.86 |
| 01/30/2018 | 3012 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 8; Amount Claimed: $296.72; Distribution Dividend: 30.78%; | 7100-900 | | $91.34 | $10,618.52 |
| 01/30/2018 | 3013 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 9; Amount Claimed: $1,853.05; Distribution Dividend: 30.78%; | 7100-900 | | $570.43 | $10,048.09 |
| 01/30/2018 | 3014 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 10; Amount Claimed: $3,362.52; Distribution Dividend: 30.78%; | 7100-900 | | $1,035.09 | $9,013.00 |
| 01/30/2018 | 3015 | Capital One Bank (USA), N.A. by American InfoSource LP as agent | Claim #: 11; Amount Claimed: $1,437.21; Distribution Dividend: 30.78%; | 7100-900 | | $442.42 | $8,570.58 |

| | | | | **SUBTOTALS** | $30,000.00 | $21,429.42 | |

Page No: 2          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-27922 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ADAMS, ORLANDO  AND ADAMS, CASSANDRA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6782 | Checking Acct #: | ******2201 |
| Co-Debtor Taxpayer ID #: | **-***6783 | Account Title: | |
| For Period Beginning: | 8/31/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/30/2018 | 3016 | Prosper Marketplace, Inc. | Claim #: 12; Amount Claimed: $19,596.64; Distribution Dividend: 30.78%; | 7100-000 | | $6,032.46 | $2,538.12 |
| 01/30/2018 | 3017 | CACH, LLC its successors and assigns as assignee | Claim #: 13; Amount Claimed: $3,066.42; Distribution Dividend: 30.78%; | 7100-900 | | $943.94 | $1,594.18 |
| 01/30/2018 | 3018 | PYOD, LLC its successors and assigns as assignee | Claim #: 14; Amount Claimed: $3,248.21; Distribution Dividend: 30.78%; | 7100-900 | | $999.90 | $594.28 |
| 01/30/2018 | 3019 | PYOD, LLC its successors and assigns as assignee | Claim #: 15; Amount Claimed: $1,930.54; Distribution Dividend: 30.78%; | 7100-900 | | $594.28 | $0.00 |

|  | | Deposit | Disbursement | Balance |
|---|---|---|---|---|
| **TOTALS:** | | $30,000.00 | $30,000.00 | $0.00 |
| **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| **Subtotal** | | $30,000.00 | $30,000.00 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $30,000.00 | $30,000.00 | |

**For the period of  8/31/2016 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 09/01/2017 to 3/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 16-27922 | |
| **Case Name:** | ADAMS, ORLANDO  AND ADAMS, CASSANDRA | |
| **Primary Taxpayer ID #:** | **-***6782 | |
| **Co-Debtor Taxpayer ID #:** | **-***6783 | |
| **For Period Beginning:** | 8/31/2016 | |
| **For Period Ending:** | 3/6/2018 | |

| | | |
|---|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******2201 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|
| | $30,000.00 | $30,000.00 | $0.00 |

| For the period of 8/31/2016 to 3/6/2018 | | For the entire history of the case between 08/31/2016 to 3/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $30,000.00 | Total Compensable Receipts: | $30,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $30,000.00 | Total Comp/Non Comp Receipts: | $30,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $30,000.00 | Total Compensable Disbursements: | $30,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $30,000.00 | Total Comp/Non Comp  Disbursements: | $30,000.00 |
| Total Internal/Transfer  Disbursements: | $0.00 | Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ